Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHIP NETWORKS, INC., a Delaware Corporation, individually, and doing business as "Whip Media Group"; and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Michael Grecco Productions, Inc. by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff Michael Grecco Productions, Inc., d/b/a "Michael Grecco Photography" ("Grecco"), is a California corporation organized and existing under the laws of the state of California with its principal place of business at 3103 17th Street, Santa Monica, California 90405. Plaintiff's principal, Michael Grecco, is an award-winning commercial photographer noted for his iconic celebrity portraits, magazine covers, editorial images and advertising spreads.

5. Plaintiff is informed and believes and thereon alleges that Defendant Whip Networks Inc., which does business as, Whip Media Group ("WHIP NETWORKS"), is a Delaware corporation with a principal location of 1841 Centinela Ave, Santa Monica, California 90404.

6. Defendants DOES 1 through 10, inclusive, are other parties who have infringed Plaintiff's copyright, have contributed to the infringement of Plaintiff's copyright, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages proximately caused thereby.

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 1

8. Plaintiff composed and owns an original photograph of the cast from the TV series Sliders ("Subject Photograph 1") that was registered with the United States Copyright Office. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 1. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 1, WHIP NETWORKS, DOE Defendants and each them used the Subject Photograph 1 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://thetvdb.com/series/sliders#artwork.

/ / /
/ / /
/ / /

9. An image of Subject Photograph 1 and a screen capture of Defendant's website with Subject Photograph 1 embedded are set forth below:

**Subject Photograph**          **Defendant's Website**






## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 2

10. Plaintiff composed and owns an original photograph of Lucy Lawless and Renee O'Connor from the film Xena Warrior Princess ("Subject Photograph 2") that was registered with the United States Copyright Office. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 2.

11. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 2, WHIP NETWORKS, DOE Defendants and each them used the Subject Photograph 2 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://thetvdb.com/series/xena-warrior-princess#artwork.

12. An image of Subject Photograph 2 and a screen capture of Defendant's website with Subject Photograph 2 embedded are set forth below:

| Subject Photograph | Defendant's Website |
|---|---|
|  |  |



### CLAIMS RELATED TO SUBJECT PHOTOGRAPH 3

13. Plaintiff composed and owns an original photograph of Jerry O'Connell from the TV series Sliders ("Subject Photograph 3") that was registered with the United States Copyright Office. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 3.

14. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 3, WHIP NETWORKS, DOE Defendants and each them used the Subject Photograph 3 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.tvtime.com/show/76557.

15. An image of Subject Photograph 3 and a screen capture of Defendant's website with Subject Photograph 3 embedded are set forth below:

**Subject Photograph**  **Defendant's Website**








## CLAIMS RELATED TO SUBJECT PHOTOGRAPH 4

16. Plaintiff composed and owns an original photograph of Joseph Bologna ("Subject Photograph 4") that was registered with the United States Copyright Office. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph 4.

17. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph 4, WHIP NETWORKS, DOE Defendants and each them used the Subject Photograph 4 without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.tvtime.com/show/76933.

18. An image of Subject Photograph 4 and a screen capture of Defendant's website with Subject Photograph 4 embedded are set forth below:

**Subject Photograph**         **Defendant's Website**





# CLAIM FOR RELIEF

(For Copyright Infringement – Against all Defendants, and Each)

19. Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

20. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Photograph 1, Subject Photograph 2, Subject Photograph 3, and Subject Photograph 4 (collectively, the "Subject Photographs"), including, without limitation, through their publication on WHIP NETWORK's website; by WHIP NETWORK's clients, and through the unauthorized reproductions of the Subject Photographs by other third parties on the World Wide Web.

21. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and displayed the Subject Photographs on websites including, but not limited to, www.thetvdb.com and www.tvtime.com.

22. Plaintiff is informed and believes and thereon alleges that the photographs used by Defendants, shown above, used the same elements, composition, colors, arrangement, subject, lighting, angle, and overall appearance of the Subject Photographs and is identical or at least substantially similar to the Subject Photographs.

23. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by copying the Subject Photographs and publishing and displaying the Subject Photographs to the public, including without limitation, on www.thetvdb.com and www.tvtime.com, without Plaintiff's authorization or consent.

24. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

25. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photograph in an amount to be established at trial.

26. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### **Against all Defendants, and Each:**

<u>With Respect to Each Claim for Relief:</u>

a. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyright in the Subject Photographs, including, without limitation, an order requiring Defendants, and each of them, to remove the Subject Photographs from their respective websites, catalogs, marketing and advertisement materials.

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available,

        statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C. §1203, and other applicable law.

    c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

    d. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

    e. That Plaintiff be awarded its costs and fees under the statutes set forth above;

    f. That Plaintiff be awarded statutory damages and/or penalties under the statues set forth above;

    g. That Plaintiff be awarded pre-judgment interest as allowed by law;

    h. That Plaintiff be awarded the costs of this action; and

    i. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: June 28, 2024

By: */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff