# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WHIP NETWORKS, INC., *et al.*<br><br>Defendants. | Case No. 2:24-cv-05533-DSF-MAA<br><br>**STANDING ORDER RE: DISCOVERY OF ELECTRONICALLY-STORED INFORMATION** |

Further to the referral of this case to Magistrate Judge Maria A. Audero for all discovery-related matters (ECF No. 12), and in an effort to move discovery forward in a just, speedy, and inexpensive manner (*see* Fed. R. Civ. P. 1), the parties are **ORDERED** to meet and confer and, **by no later than thirty (30) days after the date of this Order**, file a Joint E-Discovery Plan addressing the e-discovery matters detailed below to the extent some or all may be applicable in this matter:

    1.    Preservation of electronically-stored information ("ESI"):

        a.    What and whose devices need to be preserved

December 2024

        b.    Interdiction of any document destruction program

2.    Search protocol for collection of ESI

        a.    Specific time period of the search

        b.    Custodians of ESI: by name, job title, or job description

        c.    Data sources, including list of systems that contain ESI other than custodian email accounts (e.g., HR, payroll, etc.)

        d.    Search terms

        e.    Filters to identify non-discoverable information

        f.    Quality control methods to evaluate whether search results are missing ESI or contain irrelevant materials

3.    ESI data sources not reasonably accessible and their preservation

4.    Proportionality and costs of ESI discovery

5.    Phasing of ESI discovery

        a.    Sources of information in each phase

        b.    Custodians in each phase

        c.    Temporal restrictions in each phase

        d.    Search terms in each phase

6.    ESI production

        a.    Production format

        b.    Metadata fields to be produced

7.    Privilege handling

8.    Forensic Examination Protocol for devices to be examined under Rule 34, if any, including timeline.

To the extent the parties do not agree on a plan regarding any of these matters, they are to note such disagreement and **briefly** present their respective positions in the Joint E-Discovery Plan. The Court will set an informal discovery conference to address any such disagreements and assist the parties in finalizing the

1  Joint E-Discovery Plan that will govern e-discovery in the case.  Toward this end,
2  the parties are **ORDERED** to identify three (3) mutually-agreeable dates and times
3  for an informal discovery conference.

5  **IT IS SO ORDERED.**

7  DATE:  January 3, 2025

                                    MARIA A. AUDERO
                      UNITED STATES MAGISTRATE JUDGE