KAUFHOLD GASKIN LLP
STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
LIANA MAYILYAN, ESQ. (SBN 295203)
Email: LMayilyan@KaufholdGaskin.com
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: 415-881-3189

Attorneys for Defendant
Whip Networks, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHIP NETWORKS, INC., a Delaware Corporation, individually, and doing business as "Whip Media Group"; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:24-cv-05533-DSF(MAAx)<br><br>**DECLARATION OF STEVEN S. KAUFHOLD IN RESPONSE TO COURT'S DECEMBER 20, 2024 ORDER [DOCKET NO. 26]**<br><br>Assigned to: Judge Dale S. Fischer |

**DECLARATION OF STEVEN S. KAUFHOLD**

I, Steven S. Kaufhold, declare:

1. I am an attorney licensed in the State of California. I am a partner at Kaufhold Gaskin LLP, counsel of record for Defendant Whip Networks, Inc. ("Defendant"). I make this Declaration in response to the Court's December 20, 2024 Order [Docket No. 26]. I have personal knowledge of the matters stated in this declaration and would and would testify competently regarding these matters.

2. Our firm has an office in the Central District of California at the following address: 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. This has been our location since approximately November, 2020.

3. As the Court noted, my Los Angeles office address is not listed on the list of members of the bar of the Central District, nor is it listed with the State Bar of California. This is because I consider my primary office to be in San Francisco and I did not know it was possible to list two separate addresses.

4. In the past six months, I have been physically present in the Central District conducting legal business on approximately 38 days. This work was performed primarily in Calabasas, Pasadena, and Claremont.

5. Post-COVID, our firm has operated on a largely remote basis and none of the legal business in the last six months described in paragraph 4, above, was performed in our Los Angeles office.

6. I apologize sincerely to the Court, and to its staff, for diverting the Court's attention from what I know is a quite busy docket to address this issue.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated: January 20, 2025

By: Steven S. Kaufhold