Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Grecco Productions, Inc, <br><br> Plaintiff, <br><br> v. <br><br> Whip Networks, Inc., et al, <br><br> Defendants. | Case No. 2:24-cv-05533-DSF-MAA <br> *Hon. Dale S. Fischer Presiding* <br><br> **JOINT RESPONSE TO ORDER TO SHOW CAUSE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Michael Grecco Productions, Inc. and Whip Networks, Inc., hereby submit this response to the Court's February 4, 2024 Order to Show Cause filed as Docket No. 32 (the "Order") as follows:

On January 17, 2025, the parties in this case reached a settlement in principle. Beginning on January 21, 2025, the parties proceeded to exchange drafts of a long form settlement agreement and anticipated that the writing would be finalized before the February 2, 2025, deadline to file the joint ESI discovery plan. Indeed, a final version of the agreement was completed by January 24, 2025 and circulated

for execution. The agreement was ultimately fully executed on February 6, 2025.

The parties expect to file a notice of dismissal once the terms of the settlement agreement are fulfilled. The parties expect that those terms will be fulfilled within five business days of this filing.

In light of the settlement, the parties did not draft an ESI discovery plan. The parties apologize to the Court for not advising it sooner of the then impending settlement that obviated the need for an ESI discovery plan.

Given the foregoing, the parties respectfully request that the Order be discharged and sanctions not be imposed.

Respectfully submitted,

DONIGER / BURROUGHS

Dated: February 18, 2025   By:   */s/ Stephen M. Doniger*
Stephen M. Doniger, Esq.
Attorneys for Plaintiff

Dated: February 18, 2025   By:   */s/ Kevin J. Kuzas*
Kevin J. Kuzas, Esq.
Kuzas Neu
Attorneys for Defendant

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.